# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re: JOSEPH PODZEMNY,      No. 11-09-14226 JL

and

7-H CATTLE FEEDERS, INC.,

Debtors.

---

THE SCOULAR COMPANY,

    Plaintiff,

v.      Adversary No. 10-1010 J

DALHART CONSUMERS FUEL
ASSOCIATION, INC. and
7-H CATTLE FEEDERS, INC.,

    Defendants.

## ORDER

In accordance with the Court's Memorandum Opinion entered herewith, it is ordered that Dalhart Consumers Fuel Association, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, for Abstention filed March 1, 2010 is DENIED.

ORDERED FURTHER that the Court abstains from that portion of this adversary proceeding concerning the dispute between Scoular and Dalhart that is also the subject of the Texas Action, in accordance with the provisions of 28 U.S.C. § 1334(c)(1).

ORDERED FURTHER that this adversary proceeding is STAYED pending further order of this Court.

/s/ Robert H. Jacobvitz
_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Entered on Docket: May 3, 2010
Copies to:
Daniel J Behles
Cuddy & McCarthy, LLP
7770 Jefferson NE, Suite 305
Albuquerque, NM 87109
*Attorneys for 7-H Cattle Feeders, Inc.*

Steven Heim
Steven T Waterman
Dorsey & Whitney LLP
136 South Main Street, Suite 1000
PO Box 45925
Salt Lake City, UT 84145-0925
*Attorneys for The Scoular Company*

William J Arland, III
Karla K. Poe
Arland & Associates, LLC
PO Box 1089
Santa Fe, NM 87504-1357
*Attorneys for Dalhart Consumers Fuel Association, Inc.*

2